[No. 18883.   Department Two.   February 16, 1925.]

THE ADJUSTMENT COMPANY, *Respondent*, v. CHARLOTTE B.
HEINRICHS, *Defendant*, NATIONAL SURETY COMPANY,
*Appellant*.[1]

Appeal from a judgment of the superior court for King county,
Gilliam, J., entered June 27, 1924, in favor of the plaintiff, upon the
pleadings, in an action on contract, tried to the court. Affirmed.

*H. E. Foster* and *George Olson*, for appellant.
*Leopold M. Stern* and *Clarence L. Gere*, for respondent.

PER CURIAM.—This case in all of its essential features as to pro-
cedure and otherwise is substantially the same as the case of
*Waller v. Heinrichs, ante* p. 7, 233 Pac. 23, and for the reasons ex-
pressed in that opinion, the judgment in this case is affirmed.